| | |
|---|---|
| Mark D. Flanagan (SBN 130303)<br>Mark.Flanagan@wilmerhale.com<br>Alexis Pfeiffer (SBN 312007)<br>Alexis.Pfeiffer@wilmerhale.com<br>Sarah E. Maciel (SBN 333410)<br>Sarah.Maciel@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA  94306<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100<br><br>*Attorneys for Defendants Frost & Sullivan Inc., Wyman Bravard, and David Frigstad* | Anthony J. Carucci (SBN 301923)<br>acarucci@swlaw.com<br>Mark O. Morris (appearance *pro hac vice*)<br>mmorris@swlaw.com<br>Elisabeth M. McOmber (appearance *pro hac vice*)<br>emcomber@swlaw.com<br>SNELL & WILMER L.L.P.<br>600 Anton Blvd, Suite 1400<br>Costa Mesa, California 92626-7689<br>Telephone: 714.427.7000<br>Facsimile: 714.427.7799<br><br>*Attorneys for Plaintiff Darrell Huntsman* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DARRELL HUNTSMAN, an individual,<br><br>            Plaintiff,<br><br>   v.<br><br>FROST & SULLIVAN INC., a Delaware corporation; WYMAN BRAVARD, an individual; DAVID FRIGSTAD, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants.<br><br>FROST & SULLIVAN INC., a Delaware corporation,<br><br>            Counterclaim-Plaintiff,<br><br>   v.<br><br>DARRELL HUNTSMAN, an individual,<br><br>            Counterclaim-Defendant. | Case No. 5:23-cv-06088-EKL<br><br>**JOINT STIPULATION OF DISMISSAL** |

1  Plaintiff Darrell Huntsman ("Huntsman") and Defendants Frost & Sullivan, Inc. ("Frost"), Wyman Bravard, and David Frigstad (each a "Party," and together, the "Parties") have agreed to dismissal of the claims and counterclaims in this action.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby jointly stipulate as follows:

That all counts of Huntsman's complaint are dismissed with prejudice and on the merits;

That all counts of Frost's counterclaims are dismissed with prejudice and on the merits;

That all parties bear their respective attorneys' fees and costs; and

That this stipulation is entered voluntarily, and neither the fact of the stipulation, nor anything contained herein, constitutes, or shall be construed as, an explicit or implied admission or evidence relating to any issue associated with the action.

Dated:  September 25, 2024

WILMER CUTLER PICKERING
 HALE AND DORR LLP

 */s/ Mark Flanagan*
Mark D. Flanagan (SBN 130303)
  Mark.Flanagan@wilmerhale.com
Alexis Pfeiffer (SBN 312007)
  Alexis.Pfeiffer@wilmerhale.com
Sarah E. Maciel (SBN 333410)
  Sarah.Maciel@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA  94306
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

*Attorneys for Defendants Frost & Sullivan Inc., Wyman Bravard, and David Frigstad*

SNELL & WILMER L.L.P.

*/s/ Mark Morris*
Anthony J. Carucci
Mark O. Morris (appearance *pro hac vice*)
Elisabeth M. McOmber (appearance *pro hac vice*)

*Attorneys for Plaintiff Darrell Huntsman*

**Attorney Attestation**

I, Mark Flanagan, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Mark Flanagan*
Mark Flanagan